592 A.2d 331

**Janette COLLIER, Petitioner,**

**v.**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN and Robert G. Hanna, Jr., Esquire and W.V. Pangborne Company, Inc. and City of Philadelphia and Sandra Mazer Moss and Gilda Kramer.**

Supreme Court of Pennsylvania.

Oct. 9, 1990.

## ORDER

PER CURIAM:

AND NOW, this 9th day of October, 1990, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court is vacated and the case is remanded to the Commonwealth Court with instructions to transfer the matter to the Superior Court for disposition.